```
ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00136-DC |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF EVIDENTIARY HEARING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| KLINT MASSEY, | DATE: September 26, 2025 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

   Plaintiff United States of America, by and through its counsel of record, and defendant Klint Massey, by and through his counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for an evidentiary hearing on September 26, 2025.

   2.   By this stipulation, the defendant now moves to continue the evidentiary hearing until November 7, 2025 at 9:30am.

   3.   On September 18, 2025, defense counsel reached out to the government to share that his investigation of the matter was ongoing, and he would need more time to prepare for the evidentiary hearing. Defense counsel requested a date in October.

   4.   Upon checking with Probation and the government's intended witnesses, the government determined that the date proposed by defense would not work for witness availability. After further discussion, the parties agreed that all parties and witnesses would be available on November 7 to

1  proceed with the evidentiary hearing.  Therefore, the defense requests the court continue the hearing
2  until November 7, 2025, to provide defense time to conclude its investigation and determine the impact
3  of that investigation on strategy for the evidentiary hearing.
4      5.    Neither the assigned probation officer nor the attorney for the government oppose the
5  requested continuance.

    IT IS SO STIPULATED

Dated:  September 18, 2025        ERIC GRANT
                                          United States Attorney

                                          /s/ J. DOUGLAS HARMAN
                                          J. DOUGLAS HARMAN
                                          Assistant United States Attorney


Dated:  September 18, 2025        /s/ KELLAN PATTERSON
                                          KELLAN PATTERSON
                                          Attorney for Defendant
                                          KLINT MASSEY

## **O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Evidentiary Hearing scheduled for September 26, 2025, is VACATED and RESET for November 7, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The Government shall file a witness list and an exhibit list. The Defendant may, but is not required to, file a witness list and/or an exhibit list. Witness list(s), exhibit list(s), and any additional briefing the parties want the court to consider in connection with the Evidentiary Hearing shall be filed no later than 12:00 PM (Noon) on October 30, 2025.

IT IS SO ORDERED.

Dated: **September 18, 2025**

Dena Coggins
United States District Judge